| INN - PROB 22 Rev. 05/04 | | DOCKET NUMBER *(Tran. Court)* 0755 2:99CR00033 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jacqueline Hoskins | Northern District Of Indiana | Hammond |
| *RECEIVED MAR 21 2008 U.S. PROBATION OFFICE CHICAGO, ILLINOIS* | NAME OF SENTENCING JUDGE Honorable Rudy Lozano | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 2/13/06 — TO 2/12/11 |

**OFFENSE**
Distribution of Cocaine Base, Title 21 USC 841(a)(1)

**08CR  308**

FILED
APR 1 4 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___ Northern District Of Indiana ___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___ NORTHERN DISTRICT OF ILLINOIS ___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/17/08
*Date*                    *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___ NORTHERN ___ DISTRICT OF ___ ILLINOIS ___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUDGE COAR
MAGISTRATE JUDGE COLE

APR 1 1 2008
*Effective Date*                    *United States District Judge*