

**MICHAEL W. DOBBINS**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5698

April 18, 2008

United States Courthouse,
Suite 2300
5400 Federal Plaza
Hammond, IN 46320

FILED

APR 2 1 2008
At_____M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Dear Clerk:

**Re: Case number 2:99cr33  US v Jacqueline Hoskins**
Our case number: 08 cr 308  - Northern District of Illinois, Judge Coar

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Jacqueline Hoskins, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

FILED
APR 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT by:

Sincerely,

Michael W. Dobbins
Clerk

Ellenore Duff
Deputy Clerk

Enclosure

TERMED

# U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (Hammond)
## CRIMINAL DOCKET FOR CASE #: 2:99-cr-00033-RL-1
## Internal Use Only

Case title: USA v. Hoskins  
Magistrate judge case number: 2:98-mj-02017

Date Filed: 02/23/1999  
Date Terminated: 07/20/2001

Assigned to: Judge Rudy Lozano

**Defendant (1)**

**Jacqueline F Hoskins**  
*TERMINATED: 07/27/2001*

represented by **Inga Lewis-Shannon**  
700 Jackson Street  
Gary, IN 46402  
219-881-9484  
Fax: 219-881-9534  
Email: inga@fwlslaw.com  
*TERMINATED: 07/27/2001*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

**Joann Price**  
Freeman Wilson & Assoc  
700 Jackson Street  
Gary, IN 46402  
219-881-9484  
Fax: 219-881-9534  
*TERMINATED: 07/27/2001*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

**Karen M Freeman-Wilson**  
Freeman-Wilson & Lewis-Shannon LLC  
700 Jackson Street  
Gary, IN 46402  
219-881-9484  
Fax: 219-881-9534  
Email: karfrewil@aol.com  
*TERMINATED: 02/29/2000*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF INDIANA  
I hereby certify that the foregoing is a true copy of the original on file in this court and cause.  
STEPHEN R. LUDWIG, CLERK  
By: [signature] DEPUTY CLERK  
Date: 4/23/08

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841(a)(1) & 18:2 DISTRIBUTION OF CRACK COCAINE and AIDING & ABETTING (1) | deft is hereby committed to the custody of the BOP to be imprisoned for a term of 63 mos. Upon release from imprisonment the deft is placed on supervised release for a term of 5 yrs. No fine imposed. Special assessment of $100 due immed. Deft is remanded to the custody of the USM for imposition of sentence. Julie Churchill, Court Reporter |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| United States of America | represented by | **D Doug Petrovic - AUSA**<br>US Attorney's Office - Ham/IN<br>5400 Federal Plaza Suite 1500<br>Hammond, IN 46320<br>Email: USAINN.ECFCivil@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/24/1998 | 1 | COMPLAINT against Jacqueline F Hoskins filed by Brad Bookwalter FBI/GRIT signed by Mag Judge Theresa L. Springmann [ 2:98-m -2017 ] (sealed) (Entered: 02/27/1998) |
| 02/24/1998 | 2 | MOTION to seal case by USA as to Jacqueline F Hoskins [ 2:98-m -2017 ] (sealed) (Entered: 02/27/1998) |
| 02/25/1998 | 3 | ORDER by Mag Judge Theresa L. Springmann granting motion to seal case [2-1] (cc: all counsel) [ 2:98-m -2017 ] (sealed) (Entered: |

| | | |
|---|---|---|
| | | 02/27/1998) |
| 02/25/1998 | 4 | APPEARANCE for defendant Jacqueline F Hoskins by Attorney Karen M Freeman-Wilson [ 2:98-m -2017 ] (sealed) (Entered: 02/27/1998) |
| 02/25/1998 | 5 | APPEARANCE for defendant Jacqueline F Hoskins by Attorney Joann Price [ 2:98-m -2017 ] (sealed) (Entered: 02/27/1998) |
| 02/25/1998 | 6 | CJA Form 23 (Financial Affidavit) as to Jacqueline F Hoskins [ 2:98-m -2017 ] (sealed) (Entered: 02/27/1998) |
| 02/25/1998 | | ARREST of defendant Jacqueline F Hoskins on 2/25/98 [ 2:98-m -2017 ] (sealed) (Entered: 02/27/1998) |
| 02/25/1998 | 7 | MINUTES: before Mag Judge Theresa L. Springmann initial appearance of Jacqueline F Hoskins. Dft aprs in person w/cnsl Joann Price. Govt aprs by FAUSA David Capp. USPO David Beier present. Dft advised of rights, charges, penalties. Preliminary exam set for 1:00 3/11/98. Dft RELEASED on $20,000 Appearance Bond w/supervision subject to special terms and conditions as set forth in sep written Order. Dft warned of penalties for violations or offenses while committed on Bond. [ 2:98-m -2017 ] (sealed) (Entered: 02/27/1998) |
| 02/25/1998 | 8 | BOND Posted ( $20,000 Appearance) for Jacqueline F Hoskins Supervised. [ 2:98-m -2017 ] (sealed) (Entered: 02/27/1998) |
| 02/25/1998 | 9 | ORDER setting conditions of release for Jacqueline F Hoskins by Mag Judge Theresa L. Springmann [ 2:98-m -2017 ] (sealed) (Entered: 02/27/1998) |
| 02/25/1998 | 10 | ARREST Warrant returned executed as to Jacqueline F Hoskins on 2/25/98 [ 2:98-m -2017 ] (sealed) (Entered: 02/27/1998) |
| 03/13/1998 | 11 | WAIVER by defendant Jacqueline F Hoskins waiving right to be indicted within (30) days to and including 4/17/98 [ 2:98-m -2017 ] (sealed) (Entered: 03/17/1998) |
| 03/17/1998 | 12 | MINUTES: before Mag Judge Theresa L. Springmann preliminary exam reset due to winter storm to 2:30 4/9/98 for dft Jacqueline Hoskins. (cc: all counsel) [ 2:98-m -2017 ] (sealed) Modified on 04/17/1998 (Entered: 03/17/1998) |
| 04/09/1998 | 13 | MINUTES: Scheduled for Prelim Exam before Mag Judge Theresa L. Springmann. Court notes that dft filed Waiver into record on 3/13/98 waiving probable cause hrg and waiving right to be indicted within (30) days therefore vacating need for prelim exam 4/9/98. Parties do not appear before Magistrate. Status/Arraignment set for 8:30 4/28/98 for Jacqueline F Hoskins before Mag Judge Theresa L. Springmann. Bond conditions remain intact. [ 2:98-m -2017 ] (sealed) (Entered: 04/10/1998) |
| 04/13/1998 | 14 | SECOND WAIVER by defendant Jacqueline F Hoskins waiving right to be indicted to and including 5/22/98 [ 2:98-m -2017 ] (sealed) (Entered: 04/15/1998) |
| | | |

| | | |
|---|---|---|
| 04/15/1998 | 15 | MINUTES: before Mag Judge Theresa L. Springmann status/arraignment reset for 11:30 5/22/98 for Jacqueline F Hoskins (cc: all cnsl, USPO, USM) [ 2:98-m -2017 ] (sealed) Modified on 04/15/1998 (Entered: 04/15/1998) |
| 05/21/1998 | 16 | THIRD WAIVER of right to be indicted within (30) days to and including July 31, 1998 by defendant Jacqueline F Hoskins [ 2:98-m -2017 ] (sealed) (Entered: 05/22/1998) |
| 05/22/1998 | 17 | NOTICE: before Mag Judge Theresa L. Springmann arraignment reset for 2:00 7/28/98 for Jacqueline F Hoskins (cc: all counsel) [ 2:98-m -2017 ] (sealed) (Entered: 05/22/1998) |
| 07/21/1998 | 18 | NOTICE: before Mag Judge Theresa L. Springmann ; arraignment reset for 12:30 7/28/98 for Jacqueline F Hoskins (cc: all counsel) [ 2:98-m -2017 ] (sealed) (Entered: 07/24/1998) |
| 07/28/1998 | 19 | FOURTH WAIVER by defendant Jacqueline F Hoskins waiving right to be charged by inform or indict w/in 30 days expiring on 9/30/98 [ 2:98-m -2017 ] (sealed) (Entered: 07/28/1998) |
| 07/28/1998 | 20 | MINUTES: Scheduling for Status/Arraignment before Mag Judge Theresa L. Springmann. Dft aprs in person and by Joann Price. Govt aprs by FAUSA David Capp. Dft presents waiver for addtl time in which to be charged by inform or indict expiring on 9/30/98; arraignment reset for 10:00 9/30/98 for Jacqueline F Hoskins before Mag Judge Theresa L. Springmann. Bond conditions remain intact. [ 2:98-m -2017 ] (sealed) (Entered: 07/28/1998) |
| 09/30/1998 | 21 | WAIVER of time period in which to charge by inform or indict by defendant Jacqueline F Hoskins expiring on 12/30/98 [ 2:98-m -2017 ] (sealed) (Entered: 09/30/1998) |
| 09/30/1998 | 22 | MINUTES: Scheduled for Argn before Mag Judge Theresa L. Springmann. Parties present signed waive of time period for charge by inform or indict which is accepted and approved by the Court. Arraignment set for 9:00 1/6/99 for Jacqueline F Hoskins before Mag Judge Theresa L. Springmann. Dft released. Prior bond conditions remain in effect. [ 2:98-m -2017 ] (sealed) (Entered: 09/30/1998) |
| 10/30/1998 | 23 | MOTION to continue Arraignment by Jacqueline F Hoskins [ 2:98-m -2017 ] (sealed) (Entered: 11/05/1998) |
| 11/05/1998 | 24 | ORDER by Mag Judge Theresa L. Springmann granting motion to continue Arraignment [23-1] ;arraignment reset for 9:00 1/5/99 for Jacqueline F Hoskins before Mag Judge Theresa Springmann (cc: all counsel) [ 2:98-m -2017 ] (sealed) (Entered: 11/05/1998) |
| 01/05/1999 | 25 | MINUTES: Status Hearing 1/5/99 before Mag Judge Theresa L. Springmann. Dft aprs by Willie Harris on behalf of Karen Freeman Wilson for the purp of this hrg only. Govt aprs by AUSA Lovita Morris on behalf of AUSA Doug Petrovic. Dft presents signed Waiver of thirty day time period for charge by inform or indict. Crt adopts waiver and |

| | | |
|---|---|---|
| | | finds the ends of justice outweighs the ends of justice and orders time be excludable. Argn reset for 10:00 2/26/99 for Jacqueline F Hoskins before Mag Judge Theresa L. Springmann. Bond condtns remain intact. [ 2:98-m -2017 ] (sealed) (Entered: 01/08/1999) |
| 01/05/1999 | 26 | WAIVER of thirty day time period to be charged by infor or indict and agreement for adtl sixty days by defendant Jacqueline F Hoskins expiring on 3/1/99 [ 2:98-m -2017 ] (sealed) (Entered: 01/08/1999) |
| 01/29/1999 | 27 | MOTION to unseal case by USA as to Jacqueline F Hoskins [ 2:98-m -2017 ] (sealed) (Entered: 02/02/1999) |
| 02/01/1999 | 28 | ORDER by Mag Judge Theresa L. Springmann granting motion to unseal case [27-1] (cc: all counsel) [ 2:98-m -2017 ] (sealed) (Entered: 02/02/1999) |
| 02/02/1999 | | (Court only) Docket Modification (Utility) case unsealed [ 2:98-m -2017 ] (sealed) (Entered: 02/02/1999) |
| 02/23/1999 | 29 | INFORMATION by USA. Jacqueline F Hoskins (1) count(s) 1 (kjp) (Entered: 02/24/1999) |
| 02/23/1999 | 30 | PRAECIPE:For a criminal summons as to Jacqueline Hoskins by plaintiff USA (kjp) (Entered: 02/24/1999) |
| 02/23/1999 | | SUMMONS issued as to Jacqueline F Hoskins ;arraignment set for 2:30 2/26/99 for Jacqueline F Hoskins (kjp) (Entered: 02/24/1999) |
| 02/25/1999 | 31 | SUMMONS executed via fax to Atty Karen Wilson-Freeman on 2/24/99 as to Jacqueline F Hoskins (kjp) (Entered: 02/25/1999) |
| 02/26/1999 | 32 | MINUTES: INIT APPEARANCE & ARRGN 2/26/99 before Mag Judge Theresa L. Springmann as to Inform filed 2/23/99. Jacqueline Hoskins aprs in person and by Karen Freeman Wilson. Govt aprs by AUSA Doug Petrovic. Jane Wohler, USPT present. Dft waives rights; advised charges, penalties. Dft Jacqueline F Hoskins arraigned; NOT GUILTY plea entered. Dft waiver of indictment accepted and approved. Dft released. Prior conditions for bond/pretrial release remain in effect. Dft anticipates on filing plea agreement by 3/2/99. Argn Order distrib to cnsl. (smb) (Entered: 02/26/1999) |
| 02/26/1999 | 33 | WAIVER OF INDICTMENT executed on 2/26/99 by defendant Jacqueline F Hoskins (smb) (Entered: 02/26/1999) |
| 02/26/1999 | 34 | ORDER by Mag Judge Theresa L. Springmann ;pretrial conf set for 1:00 4/19/99 for Jacqueline F Hoskins before Mag Judge Theresa L. Springmann ; pretrial motions due on 3/8/99 for Jacqueline F Hoskins ;jury trial set for 8:30 5/3/99 for Jacqueline F Hoskins before Judge Rudy Lozano , (cc: all counsel) (kjp) (Entered: 03/01/1999) |
| 03/03/1999 | 35 | PLEA Agreement as to Jacqueline F Hoskins (efc) (Entered: 03/03/1999) |
| 03/04/1999 | 36 | MINUTES: before Judge Rudy Lozano ;change of plea hearing set for 9:00 3/12/99 for Jacqueline F Hoskins (cc: all counsel) (kjp) (Entered: |

| | | 03/04/1999) |
|---|---|---|
| 03/04/1999 | 37 | ORDER by Mag Judge Theresa L. Springmann dismissing counts as to Jacqueline F Hoskins (1) count(s) cmp. Pursuant to FRCrimP and by leave of court endorsed hereon the US Atty hereby dismisses the Complaint against Jacqueline Hoskins (cc: all counsel) (kjp) (Entered: 03/08/1999) |
| 03/11/1999 | 38 | MOTION to continue change of plea hearing by Jacqueline F Hoskins (kjp) (Entered: 03/11/1999) |
| 03/16/1999 | 39 | NOTICE: before Judge Rudy Lozano ;change of plea hearing set for 2:30 3/25/99 for Jacqueline F Hoskins (cc: all counsel) (kjp) (Entered: 03/16/1999) |
| 04/01/1999 | 40 | MINUTES: Change of Plea Hearing hld on 4/1/99 before Judge Rudy Lozano. Govt is represented by Doug Petrovic, AUSA. Deft is present and with counsel Karen Freeman-Wilson. USPO David Beier is present in court. Deft's guilty plea entered as to count(s): one , ; sentencing set for 1:00 6/17/99 Jacqueline F Hoskins before Judge Rudy Lozano Deft is to remain on bond pending sentencing hrg. Julie Churchill, Court reporter (imr) (Entered: 04/01/1999) |
| 06/08/1999 | 41 | (Court only) SEALED document (kjp) (Entered: 06/09/1999) |
| 06/08/1999 | 42 | (Court only) SEALED document (kjp) (Entered: 06/09/1999) |
| 06/10/1999 | 43 | (Court only) SEALED document (kjp) (Entered: 06/10/1999) |
| 06/17/1999 | 44 | MINUTES: SENTENCING HEARING scheduled for 6/17/99 before Judge Rudy Lozano. Govt is represented by Doug Petrovic, AUSA. Deft is present and with cnsl Karen Freeman Wilson. USPO Marty Swinehart is present in court. Court denying motion to continue sentencing hearing [38-1] fld 6/14/99. Deft presents evidence, does not conclude. Deft moves to continue sentencing; granted. Deft to submit motion in writing to the court. ;sentencing reset 12:30 8/19/99 for Jacqueline F Hoskins before Judge Rudy Lozano Julie Churchil, Court Reporter (imr) (Entered: 06/17/1999) |
| 06/17/1999 | 45 | CHARACTER LETTERS submitted on behalf of deft Hoskins for sentencing hrg. (imr) (Entered: 06/17/1999) |
| 07/02/1999 | 46 | MOTION to continue sentencing by Jacqueline F Hoskins (kjp) (Entered: 07/08/1999) |
| 07/22/1999 | 47 | MINUTES: before Judge Rudy Lozano granting motion to continue sentencing [46-1] ;sentencing set for 12:30 8/19/99 for Jacqueline F Hoskins (cc: all counsel) (kjp) (Entered: 07/22/1999) |
| 08/11/1999 | 48 | (Court only) SEALED document (kjp) (Entered: 08/11/1999) |
| 08/12/1999 | 49 | (Court only) SEALED document (kjp) (Entered: 08/12/1999) |
| 12/01/1999 | 50 | MINUTES: before Judge Rudy Lozano ;sentencing reset for 2:30 2/18/00 for Jacqueline F Hoskins (cc: all counsel) (kjp) (Entered: 12/02/1999) |

| | | |
|---|---|---|
| 02/14/2000 | 51 | APPEARANCE for defendant Jacqueline F Hoskins by Attorney Inga Lewis (kjp) (Entered: 02/14/2000) |
| 02/14/2000 | 52 | MOTION to continue sentencing hrg by Jacqueline F Hoskins (kjp) (Entered: 02/14/2000) |
| 02/16/2000 | 53 | ORDER by Judge Rudy Lozano regarding Dft's Mtn to Continue Sentencing. Cnsl to file Mtn to Withdraw within 10 days of this order. Dft shall have 30 days to obtain new cnsl [52-1] (cc: all counsel) (kjp) (Entered: 02/22/2000) |
| 02/28/2000 | 54 | MOTION for attorney substitution, substituting Inga D Lewis for Karen Freeman-Wilson by Jacqueline F Hoskins (klb) (Entered: 02/29/2000) |
| 02/28/2000 | 55 | APPEARANCE for defendant Jacqueline F Hoskins by Attorney Inga D. Lewis (klb) (Entered: 02/29/2000) |
| 02/29/2000 | 56 | ORDER by Mag Judge Theresa L. Springmann granting motion for attorney substitution, substituting Inga D Lewis for Karen Freeman-Wilson [54-1] terminating attorney Karen M Freeman-Wilson for Jacqueline F Hoskins ; (cc: all counsel) (kjp) (Entered: 03/01/2000) |
| 03/24/2000 | 57 | MOTION/Request for hearing to determine dft's probation status by USA as to Jacqueline F Hoskins (kjp) (Entered: 03/28/2000) |
| 03/28/2000 | 58 | MOTION to withdraw request for hrg [57-1] by USA as to Jacqueline F Hoskins (kjp) (Entered: 03/28/2000) |
| 03/28/2000 | 59 | ORDER by Judge Rudy Lozano granting motion to withdraw request for hrg [57-1] [58-1] withdrawing motion for hearing to determine dft's probation status [57-1] (cc: all counsel) (kjp) (Entered: 03/29/2000) |
| 04/03/2000 | 60 | ORDER by Judge Rudy Lozano granting motion to continue sentencing hrg [52-1] ;sentencing set for 12:30 9/7/00 for Jacqueline F Hoskins (cc: all counsel) (kjp) (Entered: 04/04/2000) |
| 08/14/2000 | 61 | (Court only) SEALED document (kjp) (Entered: 08/15/2000) |
| 08/16/2000 | 62 | (Court only) SEALED document (kjp) (Entered: 08/18/2000) |
| 09/01/2000 | 63 | (Court only) SEALED document (kjp) (Entered: 09/01/2000) |
| 11/21/2000 | 64 | MOTION to continue sentencing by Jacqueline F Hoskins (kjp) (Entered: 11/21/2000) |
| 11/27/2000 | 66 | (Court only) SEALED document (kjp) (Entered: 11/27/2000) |
| 11/27/2000 | 67 | (Court only) SEALED document (kjp) (Entered: 11/27/2000) |
| 11/27/2000 | 65 | (Court only) SEALED document (kjp) (Entered: 11/27/2000) |
| 11/29/2000 | 68 | (Court only) SEALED document (kjp) (Entered: 12/05/2000) |
| 11/29/2000 | 69 | (Court only) SEALED document (kjp) (Entered: 12/05/2000) |
| 12/05/2000 | 70 | (Court only) SEALED document (kjp) (Entered: 12/06/2000) |

| | | |
|---|---|---|
| 04/24/2001 | 71 | MINUTES: before Judge Rudy Lozano ;sentencing reset for 10:00 5/4/01 for Jacqueline F Hoskins (cc: all counsel) (kjp) (Entered: 04/25/2001) |
| 04/24/2001 | | (Court only) Docket Modification (Utility) granting motion to continue sentencing [64-1] per ntc of 4/24/01. (kjp) (Entered: 04/25/2001) |
| 05/04/2001 | 72 | MINUTES: Conference held in Chambers; Sentencing set for 5/4/01 before Judge Rudy Lozano is continued to another date to be set; Government represented by Doug Petrovic; Deft appears with counsel; Parties to contact Chambers on Monday, May 7, 2001 to obtain a new sentencing date (cc: all counsel) (kwk) (Entered: 05/04/2001) |
| 05/04/2001 | 73 | MOTION to continue sentencing by Jacqueline F Hoskins (kjp) (Entered: 05/04/2001) |
| 05/04/2001 | 74 | ORDER by Judge Rudy Lozano granting motion to continue sentencing [73-1] ;sentencing reset for 8:30 6/8/01 for Jacqueline F Hoskins (cc: all counsel) (kjp) (Entered: 05/08/2001) |
| 05/10/2001 | 75 | MINUTES: before Judge Rudy Lozano ;sentencing reset for 1:00 7/20/01 for Jacqueline F Hoskins (cc: all counsel) (kjp) (Entered: 05/10/2001) |
| 07/18/2001 | 76 | MOTION to continue sentencing by Jacqueline F Hoskins (kjp) (Entered: 07/19/2001) |
| 07/20/2001 | 77 | MINUTES: Sentencing Hrg hld on 7/20/01 before Judge Rudy Lozano. Govt is represented by Sharon Johnson, AUSA. Deft is present and with cnsl Inga Lewis. USPO David Beier in Court. Court previously denying motion to continue sentencing [76-1] . Court now accepts deft's plea of guilty and plea agreement and deft is hereby adjudged guilty of count one. Govt's sealed mot is granted. Court sentencing Jacqueline F Hoskins (1) count(s) 1. deft is hereby committed to the custody of the BOP to be imprisoned for a term of 63 mos. Upon release from imprisonment the deft is placed on supervised release for a term of 5 yrs. No fine imposed. Special assessment of $100 due immed. Deft is remanded to the custody of the USM for imposition of sentence. Julie Churchill, Court Reporter , (imr) (Entered: 07/26/2001) |
| 07/20/2001 | 78 | EXHIBIT/WITNESS list by defendant Jacqueline F Hoskins for sentencing hrg concluded on 7/20/01 (imr) (Entered: 07/26/2001) |
| 07/20/2001 | 79 | CHARACTER LETTERs recvd for deft Jacqueline Hoskins at sentencing hrg of 7/20/01 (imr) (Entered: 07/26/2001) |
| 07/27/2001 | 80 | JUDGMENT and Commitment issued to U.S. Marshal as to Jacqueline F Hoskins case terminated by Judge Rudy Lozano (cc: all cnsl,USM,USPO) (kjp) (Entered: 07/30/2001) |
| 09/13/2001 | 81 | JUDGMENT and Commitment returned executed on 8/29/01 as to Jacqueline F Hoskins (1) count(s) 1 ;Name of Institution: FCI Pekin IL (kjp) (Entered: 09/13/2001) |
| 11/13/2001 | 82 | MOTION for appointment of counsel by Jacqueline F Hoskins (kjp) (Entered: 11/14/2001) |

| 11/13/2001 | 83 | Application/MOTION to proceed in forma pauperis by Jacqueline F Hoskins (kjp) (Entered: 11/14/2001) |
|---|---|---|
| 11/13/2001 | 84 | Financial AFFIDAVIT of Jacqueline Hoskins by defendant Jacqueline F Hoskins regarding [83-1] (kjp) (Entered: 11/14/2001) |
| 11/27/2001 | 85 | ORDER by Judge Rudy Lozano denying motion to proceed in forma pauperis [83-1], denying motion for appointment of counsel [82-1] (cc:dft & all counsel) (kjp) Modified on 11/28/2001 (Entered: 11/28/2001) |
| 01/17/2002 | 86 | LETTER from defendant Jacqueline F Hoskins regarding copywork of plea agreement and psychological evaluations (kwk) (Entered: 02/07/2002) |
| 08/07/2002 | 87 | LETTER received in Juge Lozano's Chambers on 7/30/02 from defendant Jacqueline F Hoskins (kjp) (Entered: 08/07/2002) |
| 04/24/2003 | 88 | LETTER from defendant Jacqueline F Hoskins. Copy of docket sheet sent to dft. (kjp) (Entered: 04/24/2003) |
| 08/14/2003 | 89 | MOTION to consider bootcamp requiring sentence reduction by Jacqueline F Hoskins, Pro Se (kjp) (Entered: 08/14/2003) |
| 09/03/2003 | 90 | RESPONSE by USPO to motion to consider bootcamp requiring sentence reduction [89-1] (Copy of said mtn attached to response) (kjp) (Entered: 09/04/2003) |
| 09/17/2003 |  | (Court only) Docket Modification (Utility) referring to Judge Rudy Lozano the motion to consider bootcamp requiring sentence reduction [89-1] (smb) (Entered: 09/17/2003) |
| 04/01/2004 |  | (Court only) ***Motions terminated as to Jacqueline F Hoskins : 89 Motion for Miscellaneous Relief filed by Jacqueline F Hoskins. (imr, ) (Entered: 04/01/2004) |
| 03/17/2008 | 91 | ORDER transferring jurisdiction of probation to the Northern District of Illinois as to Jacqueline F Hoskins. Awaiting acceptance of the other court. Signed by Judge Rudy Lozano on 3/17/08. Original returned to USPO. (kjp) (Entered: 03/17/2008) |
| 04/21/2008 | 92 | Letter from Clerk USDC Northern Illinois requesting documents. Ceritied copies of Indictment, J&C and Docket Sheet sent. (kjp) (Entered: 04/23/2008) |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a
true copy of the original on file in this
court and cause.
STEPHEN R. LUDWIG, CLERK
By: /s/
DEPUTY CLERK
Date: 4/23/08

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed on
or After November 1, 1987)

UNITED STATES OF AMERICA )
)
v. )
) Cause No. 2:99 cr 33-01
)
JACQUELINE HOSKINS )
) Inga Lewis
Defendant ) Attorney for Defendant

THE DEFENDANT Jacqueline Hoskins
(x) pleaded guilty to Count(1).
( ) was found guilty on Count(s) after a plea of not guilty.
(x) The Plea Agreement between the defendant and the U.S. Government filed April 1, 1999 is ACCEPTED.

Accordingly, the defendant is adjudged guilty of such Count, which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 21:841(a)(1) | Distributing Cocaine base | 2/4/98 | one |

Defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
[ ] The defendant has been found not guilty on Count(s), and is discharged as to such Count(s).
[ ] Count(s) is/are dismissed on motion of the United States.
[x] It is ordered that defendant shall pay to the United States a special assessment of $100, for Count(1), which shall be due immediately as follows: payable to Clerk, U.S. District Court, 507 State Street, Hammond, Indiana 46320.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district, within 30 days, of any change of name, residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid.

Defendant: Jacqueline Hoskins  Judgment- Page 2 of 6
Cause No.: 2:99 cr 33-01


Defendant Social Security No.:  July 20, 2001
                                 Date of Imposition of Sentence

           Birth:

                                 *[signature]*
                                 Hon. Rudy Lozano, Judge

                                 United States District Court
           Address:
           Avenue


                                 7/22/2001
                                 Date

Defendant: Jacqueline Hoskins       Judgment - Page 3 of 6
Cause No.: 2:99 cr 33-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of sixty-three months on count one.

[x] The Court makes the following recommendations to the Bureau of Prisons:

The Court strongly recommends that the defendant be enrolled in a boot camp facility.

The defendant be enrolled in a mental health program.

The defendant be placed in a facility close to the Chicagoland area to enable family visitation.

[x] The defendant is remanded to the custody of the U.S. Marshal.
[ ] The defendant shall surrender to the U.S. Marshal for this district at _____ on _____
[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons, before **12:00 Noon** on _____, as notified by the U.S. Marshal or U.S. Probation Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

United States Marshal

By:_____
    Deputy Marshal

Defendant: Jacqueline Hoskins            Judgment - Page 4 of 6
Cause No.: 2:99 cr 33-01

### SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of five years on count one.

While on supervised release, the defendant shall not commit another federal, state or local crime, shall comply with the 15 standard conditions that have been adopted by this court. If this Judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release.

### STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition the defendant:

1) shall not leave the judicial district without the permission of the court or probation officer;
2) shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) shall support his or her dependents and meet other family responsibilities;
5) shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) shall notify the probation officer within 72 hours of any change in residence or employment;
7) shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8) shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

Defendant: Jacqueline Hoskins            Judgment -page 5 of 6
Cause No.: 2:99 cr 33-01

11) shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
12) shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.
14) The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment.
15) The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines or special assessments.

**The defendant shall comply with the following additional conditions:**

The defendant shall submit to one drug urinalysis with 15 days after being placed on supervision and two periodic tests thereafter.

The defendant shall not illegally possess a controlled substance.

The defendant shall not possess a firearm or destructive device.